**Opinion issued March 25, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-13-00788-CV**

————————————

**CASTAMAL ALEXANDER II AND MARILYN O. ALEXANCER,**
**Appellants**

**V.**

**ANTOINE FOREST ESTATES HOMEOWNERS ASSOCIATION, Appellees**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 942235**

---

**MEMORANDUM OPINION**

Appellants, Castamal Alexander and Marilyn Alexander, have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this

appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.